An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIK WARREN,
Appellant,
vs.
CITY OF SPARKS,
Respondent.

No. 63089

**FILED**

MAY 10 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from the denial of an appeal from a municipal court conviction. Second Judicial District Court, Washoe County; Janet J. Berry, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over a case arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 550 P.2d 419 (1976); NRS 5.073(1); NRS 266.565(1); NRS 266.595. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13822

cc:    Hon. Janet J. Berry, District Judge
       Erik Warren
       Sparks City Attorney
       Washoe District Court Clerk